

# Fourth Court of Appeals
## San Antonio, Texas

November 28, 2017

No. 04-17-00710-CV

**IN THE INTEREST OF N.S.G ET AL.**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00931
Honorable Richard Garcia, Judge Presiding

# O R D E R

     The appellant Pedro Gomez's motion for extension of time to file brief is granted. The appellant's brief is due December 18, 2017.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court